

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00141-CV

**BANK OF AMERICA N.A.**,
Appellant

v.

**TFHSP LLC SERIES 11239**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14190
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is VACATED and this cause is REMANDED to the trial court for further proceedings. Costs of this appeal are taxed against the party that incurred them.

SIGNED April 9, 2014.

_____
Patricia O. Alvarez, Justice